UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                      Case No. 1:21-cr-00180

    vs.                               GOVERNMENT'S INITIAL PRETRIAL
                                          CONFERENCE SUMMARY STATEMENT

GREGORY MARK GLEESING,

    Defendant.
_____/

**I.  DISCOVERY**

A.    Statements of Defendant

    1.    Oral Statements [Rule 16(a)(1)(A)]

    ☐    There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).
    ☒    There are the following written records of oral statements:
        **Interviews with FBI dated February 26, 2020 (FBI-001856) and January 27, 2020 (FBI-001832)**

    the substance of which
    ☐ has been disclosed to defense counsel
    ☒ will be disclosed to defense counsel by **at initial pretrial conference.**

    2.    Written or Recorded Statements [Rule 16(a)(1)(B)]

    ☐    There are no written or recorded statements or grand jury testimony of defendant.
    ☒    There are the following written or recorded statements or grand jury testimony:

    **Grand jury testimony**
    All written or recorded statements
    ☐ have been disclosed to defense counsel
    ☒ will be disclosed to defense counsel by **IPTC**

B.    Defendant's Prior Record [Rule 16(a)(1)(D)]

☐    The government has made due inquiry and is not aware of any prior criminal record.
☒    The government has disclosed defendant's prior criminal history.  **Disclosed at IPTC.**
☐    The government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

    C.    <u>Documents and Tangible Objects [Rule 16(a)(1)(E)]</u>

☐    The government has no documents, tangible objects, or physical evidence required to be disclosed.

☒    The government has the following documents, tangible objects, and physical evidence:
    ☐ Controlled Substances:
    ☐ Drug Paraphernalia:
    ☒ Records: **Amazon records; Postal Service and private carrier shipping records; bank records; internet service provider records; cellular telephone records; textbook vendor records; rental vehicle records; debit and credit card transaction records.**
    ☐ Drug Records:
    ☐ Firearms:
    ☐ Inventory (attached)
    ☒ Other: **audio recordings of Amazon concession calls; surveillance videos; pictures from surveillance; textbooks; MyVanilla visa cards and other debit or credit devices; cellular telephones recovered in search; Amazon shipping boxes recovered from prior residences of Talsma.**

☐    The government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
    ☐ State
    ☒ Federal (list case number and caption) **All from United States District Court, W.D. Michigan**

*In the Matter of the Tracking of White Colored 2008 Porsche Cayenne Station Wagon, 1:18-MJ-220;*
*In the Matter of the Search of 1130 E. Osterhout Avenue; 1:21-MJ-114*
*In the Matter of the Search of Dark-Colored 2020 Dodge Caravan, 1:21-MJ-115;*
*In the Matter of the Search of 2012 Mercedes Benz Station Wagon, 1:21-MC-116;*
*In the Matter of the Search of TextNow account coronaschmona, 1:21-mj-221*

☒    They have been made available for inspection and copying by defense counsel. **Produced at IPTC.**
☐    Defense counsel should make arrangements with

    D.    <u>Reports of Examinations and Tests [Rule 16(a)(1)(F)]</u>

☐    The government has no reports of examinations or tests required to be disclosed by Rule 16.

☒    The government has or expects to have reports of the following examinations and tests:

    ☐ Drug Analysis    ☐ Handwriting    ☐ Fingerprints
    ☐ DNA    ☐ Firearms/Nexus    ☐ Gun Operability
    ☒ Computer Forensics **of cell phones and other devices**    ☐ Other

    E.    <u>Reciprocal Discovery</u>

☒ The government seeks reciprocal discovery.

F. Notice Under FRE 404(b)

☒ The government does not presently intend to introduce 404(b) evidence.
☐ The government does presently intend to introduce the following 404(b) evidence:

☐ The government will provide pretrial notice of 404(b) evidence by

G. Other Discovery Matters:

## II. TRIAL

A. The government requests a ☒ jury  ☐ non-jury trial.

B. Length of trial excluding jury selection is estimated at 4-5 days

## III. MISCELLANEOUS

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The government is unaware at this time of any known conflict with defendant's representation by counsel.  The United States will immediately advise counsel if any such conflict becomes known.
☐ The government is aware of the following potential conflict(s):
☒ Government's plea negotiation policy: No concessions within 2 weeks of Final Pretrial Conference

Date: October 25, 2021                    Ronald M. Stella
                                          Assistant United States Attorney