UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                  Case No. 1:21–cr–180

vs.                                        Hon. Hala Y. Jarbou

GEOFFREY MARK TALSMA,
GREGORY MARK GLEESING,
LOVEDEEP SINGH DHANOA,
PAUL STEVEN LARSON,

      Defendants.
_____/

## ORDER SETTING FINAL PRETRIAL AND TRIAL

    IT IS ORDERED that the **jury trial** in this matter shall commence on Monday, December 6, 2021 at 09:00 AM, at 128 Federal Building, Lansing, MI. Counsel and the parties shall be present in the courtroom at 8:30 AM to address preliminary matters.

    IT IS FURTHER ORDERED that a **final pretrial conference** is set for Thursday, November 18, 2021 at 10:30 AM at 128 Federal Building, Lansing, MI. Counsel who will try this case shall appear in person at the final pretrial conference. The attendance of the defendant is required unless specifically waived.

    All pretrial motions and/or motions in limine shall be heard at the time of the final pretrial conference unless otherwise notified by the Court.

    IT IS FURTHER ORDERED that at the final pretrial conference the parties shall:

1. Discuss any legal issues including motions in limine or other evidentiary issues which may arise during the course of trial.

2. Enter into stipulations of uncontested facts.

3. Disclose the identity of all expert witnesses and agree, if possible, upon the qualifications of expert witnesses.

4. Agree, if possible, upon the admissibility of exhibits. The parties shall mark their exhibits for identification prior to the final pretrial conference.

5. Advise the court of the number of witnesses expected to be called at trial.

6. Review jury selection procedure.

7. If not previously made available to the other party, the government and defendant shall make available to each other at the final pretrial conference pursuant to Fed. R. Evid. 1006 all summaries which the party intends to introduce into evidence plus duplicates of the supporting documents which have been summarized.

IT IS FURTHER ORDERED that each party shall file the following not later than **five (5) business days** prior to the commencement of the **final pretrial conference**:

1.   Submit a proposed preliminary jury instruction defining the nature of the alleged offense and the elements of that offense.

2.   Submit trial briefs and discuss legal issues which may arise at the trial.

IT IS FURTHER ORDERED that parties shall jointly file the following not later than **five (5) business days** prior to the commencement of the **final pretrial conference**:

1.   Submit proposed *voir dire* questions. During *voir dire*, the parties will not be permitted to repeat questions asked on the jury questionnaire or questions asked by the Court.

2.   Prior to the final pretrial conference, the parties shall meet and confer regarding jury instructions. The parties must identify the instructions upon which they agree and disagree. The parties must submit a joint set of jury instructions, proposed verdict form(s), and a brief statement of the nature of any disputes relative to the jury instructions compatible with Microsoft Word by e-mail to Judge Jarbou's Paralegal/Judicial Assistant, Anna Seymore at Anna_Seymore@miwd.uscourts.gov and to Judge Jarbou's Case Manager, James E. Puzzuoli at James_Puzzuoli@miwd.uscourts.gov. These should be clean copies with no attorney information. This Court uses the *6th Circuit Pattern Criminal Jury Instructions* (West Publishing).

**To schedule a guilty plea, counsel shall contact James Puzzuoli, Case Manager to United States District Judge Hala Y. Jarbou, (517) 853-7361.  This must be done as soon as practicable, no later than 4:00 PM the Friday prior to trial.**

IT IS SO ORDERED.

Dated:  November 1, 2021              /s/ Hala Y. Jarbou
                                      United States District Judge