UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEOFFREY MARK TALSMA, et al.,

    Defendants.
_____/

Case No. 1:21-cr-180

Hon. Hala Y. Jarbou

## AMENDED ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

This matter is before the Court on Defendant Geoffrey Mark Talsma's request for an ends of justice continuance. Defendants Gregory Mark Gleesing, Lovedeep Sing h Dhanoa, and Paul Steven Larson filed motions for joinder (ECF Nos. 49, 50, and 51). Currently, the final pretrial conference is scheduled for November 18, 2021, and the jury trial is scheduled for December 16, 2021. The request for a continuance was made to allow additional time for counsel to review several complicated factual issues and voluminous discovery, and determine how to proceed in the case. All Defendants have consented to the request for a continuance (ECF Nos. 48, 53, 54, and 55).

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Having considered the factors under § 3161(h)(7)(B) and the circumstances set forth in the motion, the Court finds that the additional time needed is warranted, and a miscarriage of justice would result absent the continuance. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (B)(iv). Accordingly:

**IT IS ORDERED** that Defendants Gregory Mark Gleesing, Lovedeep Singh Dhanoa, and Paul Steven Larson's motions for joinder (ECF Nos. 49, 50, and 51) are **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Geoffrey Mark Talsma's Motion for Ends of Justice Continuance (ECF No. 46), joined by Defendants Gregory Mark Gleesing, Lovedeep Singh Dhanoa, and Paul Steven Larson, is **GRANTED.**

**IT IS FURTHER ORDERED** that the jury trial is rescheduled to **March 7, 2022, at 9:00 a.m.**  Counsel and the parties shall be present in the courtroom at **8:30 a.m.** to address preliminary matters.

**IT IS FURTHER ORDERED** that the final pretrial conference is rescheduled to **February 9, 2022, at 11:00 a.m.**  Counsel who will try this case shall appear in person at the final pretrial conference.  The attendance of the defendants are required unless specifically waived.

To schedule a guilty plea, counsel shall contact James Puzzuoli, Case Manager to United States District Judge Hala Y. Jarbou, at (517) 853−7361.  This must be done as soon as practicable, no later than 4:00 p.m. the Friday prior to trial.

Order amended to correct the spelling of Defendant Gregory Mark Gleesing's name.

Dated:   November 15, 2021             /s/ Hala Y. Jarbou
                                       HALA Y. JARBOU
                                       UNITED STATES DISTRICT JUDGE