UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 1:21–cr–180

v.                                Hon. Hala Y. Jarbou

GREGORY MARK GLEESING,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Sentencing
Date/Time:             June 1, 2022   09:00 AM
District Judge:        Hala Y. Jarbou
Place/Location:       128 Federal Building, Lansing, MI

*Pursuant to W.D. Mich. LCrR 32.2(g), Administrative Order 07–031, and Judge Jarbou's Information and Guidelines on the court website, all sentencing memoranda, including memoranda in support of a motion for departure or variance, must be filed no later than seven (7) days before the date set for sentencing. Furthermore, any request for a departure or variance must be submitted separately and clearly captioned as such, per W.D. Mich. LCrR 32.2(g).*

                                              HALA Y. JARBOU
                                              United States District Judge

Dated:  January 24, 2022        By:   /s/ A. Seymore
                                                Case Manager